UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| RONALD A. BERUTTI and MURRAY-NOLAN BERUTTI LLC, On their own behalves and on behalf Of all other members admitted to the Bar of the United States District Court for the District of New Jersey, including those admitted *pro hac vice*,<br><br>Plaintiffs,<br><br>v.<br><br>HONORABLE FREDA L. WOLFSON, U.S. Chief District Judge, District of New Jersey, in her judicial capacity, and The UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY<br><br>Defendants. | **CIVIL ACTION**<br><br>Civ. No.<br><br><br>**ORDER TO SHOW CAUSE WITH TEMPORARY RESTRAINTS** |

**THIS MATTER** having been brought before the Court by plaintiffs, through their counsel Murray-Nolan Berutti LLC by Order to Show Cause, seeking temporary restraining order and preliminary injunction pursuant to Federal Rule of Civil Procedure 65 and L. Cv. R. 65. 1, and upon the Complaint, Declarations, and Memorandum of Law submitted herewith, the Court having determined that good and sufficient reasons exist to proceed by way of Order to Show Cause, and for good cause shown,

**IT IS** on this _____ day of _____, **2022**,

**ORDERED** that the Defendants appear and show cause on the _____ day of _____, 2022, before the United States District Court for the District of New Jersey, Hon._____ at the_____, U.S. Courthouse, located at _____, New Jersey, at _____ o'clock, in the

_____ noon, or as soon as thereafter that counsel can be heard, why an Order should not be entered;

A. enjoining and restraining the Defendants from enforcing Standing Order 2021-08, dated September 13, 2021.

B. enjoining and restraining the Defendants, or any other member of the United States judiciary, from promulgating or enforcing any Order mandating that a COVID-19 vaccination status be provided for entry into any Courthouse within the District of New Jersey;

C. declaring Standing Order 2021-08 to violate U.S. Const, Amends. 1 and 14;

D. declaring Standing Order 2021-08 to violate 21 U.S.C. § 300bbb;

E. awarding the plaintiffs legal fees and costs;

F. granting such other and further relief as this Court deems equitable and just.

**PENDING** the outcome of the hearing on this Order to Show Cause, the defendants be, and hereby are, temporarily restrained and enjoined from enforcing Standing Order 2021-08;

2. A copy of this Order to Show Cause, Complaint, Verified Complaint, and Memorandum of Law, submitted in support of this application, together with a Summons, shall be served upon the Defendants at _____, via _____, within ____ days hereof, in accordance with FRCP;

3. The plaintiffs must file with the Court its proof of Service of the pleadings on the Defendants no later than three (3) days before the return date.

4. Defendants shall file and serve a written response to this Order to Show Cause and proof of service by _____, 2022. You must send a courtesy copy of your opposition papers to the plaintiff and to Judge _____, whose address is _____, New

Jersey_____.

5. The plaintiffs must file and serve any written Reply papers to the Defendants' opposition to the Order to Show Cause by _____, 2022. A courtesy copy of the Reply papers must be sent directly to the chambers of Judge _____.

6. If the Defendants do not file and serve Opposition to the Order to Show Cause, the application will be decided on the papers on the return date and relief will be granted by default, provided that the Plaintiff files proof of service and a proposed form of Order at least three days prior to the return date.

7. If the plaintiffs have not already done so, a proposed form of Order addressing the relief sought on the return date, along with a self-addressed stamped envelope, with a return address and postage, must be submitted to the Court no later than three (3) days prior to the return date.

8. The Court will notify the parties whether it will entertain oral argument on the return date of the Order to Show Cause in accordance with Local Rule 78.1.

Dated: _____            _____

                                                      UNITED STATES DISTRICT COURT JUDGE