<u>**NOT FOR PUBLICATION**</u>

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| RONALD A. BERUTTI and MURRAY-NOLAN BERUTTI, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>HONORABLE FREDA L. WOLFSON and WILLIAM T. WALSH,<br><br>Defendants. | Civil Action No. 22-04661 (SDW) (ESK)<br><br>**ORDER**<br><br>July 21, 2022 |

**THIS MATTER** having come before this Court upon Ronald A. Berutti and Murray-Nolan Berutti, LLC's ("Plaintiffs") Order to Show Cause with Temporary Restraints (D.E. 2), against the Honorable Freda L. Wolfson, Chief District Judge of the United States Court for District of New Jersey, and William T. Walsh, Clerk of the United States District Court for the District of New Jersey ("Defendants"), and this Court having considered Plaintiffs' submission, for the reasons stated in this Court's Letter Opinion dated July 21, 2022,

**IT IS** on this 21st day of July 2022,

**ORDERED** that Plaintiffs' Motion for an Order to Show Cause with Temporary Restraints is **DENIED**, and

**ORDERED** that this matter shall proceed in the normal course.

**SO ORDERED**.

                                            /s/ Susan D. Wigenton
                               **SUSAN D. WIGENTON, U.S.D.J.**

Orig:  Clerk
cc:     Edward S. Kiel, U.S.M.J.
        Parties