UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| RONALD A. BERUTTI and MURRAY-NOLAN BERUTTI LLC, On their own behalves and on behalf Of all other members admitted to the Bar of the United States District Court for the District of New Jersey, including those admitted *pro hac vice*, <br><br>Plaintiffs, <br><br>v. <br><br>HONORABLE FREDA L. WOLFSON, U.S. Chief District Judge, District of New Jersey, in her judicial capacity, and The UNITED STATES DISTRICT COURTFOR THE DISTRICT OF NEW JERSEY <br><br>Defendants. | CIVIL ACTION <br><br><br>Civ. No. 2:22-cv-4661 (SDW)(ESK) <br><br><br>ORDER TO SHOW CAUSE <br>WITH TEMPORARY RESTRAINTS |

**THIS MATTER** having been brought before the Court by plaintiffs, through their counsel Murray-Nolan Berutti LLC by Order to Show Cause, seeking temporary restraining order and preliminary injunction pursuant to Federal Rule of Civil Procedure 65 and L. Cv. R. 65. 1, and upon the Amended Complaint, Declarations, and Memorandum of Law submitted herewith, and notice having been given to defendants, and the Court having determined that good and sufficient reasons exist to proceed by way of Order to Show Cause, and for good cause shown a likelihood of success on the merits for the reasons stated on the record and in the accompanying Decision,

**IT IS** on this _____day of **JULY**, **2022**,

**ORDERED** that the Defendants appear and show cause on the _____ day of _____, 2022, before Honorabl. Susan D. Wigenton, United States District Judge, at the_____, U.S. Courthouse, located in the United States

District Court for the District of New Jersey, _____, New Jersey, at _____ o'clock, in the _____ noon, or as soon as thereafter that counsel can be heard, **WHY** an Order should not be entered;

    A. Enjoining and restraining enforcement of Standing Orders 2021-08 and 2022-01 for violating 21 U.S.C. 300bbb such that they are null and void;

    B. Enjoining and restraining enforcement of Standing Orders 2021-08 and 2022-01 for violating 45 C.F.R. § 45.116(b)(8) such that they are null and void;

    C. Enjoining and restraining enforcement of Standing Orders 2021-08 and 2022-01 for violating U.S. Const., *amend* 1, such that they are null and void;

    D. Enjoining and restraining enforcement of Standing Orders 2021-08 and 2022-01 for violating U.S. Const., *amend*. 14, such that they are null and void;

    E. Declaring that no person may be compelled or coerced into the use of a "PCR" test for exposure to SARS-CoV-2;

    F. Declaring that no person may be compelled or coerced into the use of a "rapid test" for exposure to SARS-CoV-2;

    G. Declaring that no person may be punished or otherwise discriminated against for refusing to take a PCR test for SARS-CoV-2;

    H. Declaring that no person may be punished or otherwise discriminated against for refusing to take a rapid test for SARS-CoV-2;

    I. Declaring that no evidence exists that a fully FDA approved not Emergency Use Authorized COVID-19 vaccine is available to the general public;

    J. Declaring that no person may be compelled or coerced into being injected with a COVID-19 vaccine, to take a PCR test for SARS-CoV-2, or to take a rapid test for

      SARS-CoV-2, in order to enter any United States Courthouse or to participate in proceedings therein;

K. Declaring that all persons entering United States Courthouses should maintain appropriate vigilance if they believe themselves to have been exposed to the SARS-CoV-2 virus or any other communicable virus or disease which may present an unreasonable danger to others, and should self-report their need or desire to quarantine as a result thereof;

L. Declaring that the Pfizer, Moderna, and Johnson & Johnson COVID-19 shots are not safe or effective;

M. Awarding the plaintiffs legal fees and all costs of suit;

N. Awarding such other and further relief as is equitable and just.

**PENDING** the outcome of the hearing on this Order to Show Cause, the defendants be, and hereby are, temporarily restrained and enjoined from enforcing Standing Orders 2021-08 and 2022-01;

2. A copy of this Order to Show Cause, Verified Amended Complaint, and Memorandum of Law, submitted in support of this application, together with a Summons, shall be served upon the Defendants on the Office of the Clerk of the United States District Court, Martin Luther King Building & U.S. Courthouse, 50 Walnut Street, Newark, New Jersey 07102, via _____, and on the Chambers of Honorable Freda L. Wolfson, U.S. Chief District Judge, District of New Jersey, Clarkson S. Fisher Building & U.S. Courthouse, 402 East State Street, Trenton, New Jersey 08608, via _____, within _____ days hereof, in accordance with the Federal Rules of Civil Procedure;

3. The plaintiffs must file with the Court their Proof of Service of the pleadings on the

Defendants no later than three (3) days before the return date.

4. Defendants shall file and serve a written response to this Order to Show Cause and proof of service by _____, 2022. You must send a courtesy copy of your opposition papers to the plaintiff and to Judge Wigenton, whose address is 50 Walnut Street, Newark, New Jersey 07102.

5. The plaintiffs must file and serve any written reply papers to the Defendants' opposition to the Order to Show Cause by _____, 2022. A courtesy copy of the reply papers stamped "Courtesy Copy" must be sent directly to the chambers of Judge Wigenton.

6. If the Defendants do not file and serve opposition to the Order to Show Cause, the application will be decided on the papers on the return date and relief will be granted by default, provided that the plaintiffs file proof of service and a proposed form of Order at least three days prior to the return date.

7. If the plaintiffs have not already done so, a proposed form of Order addressing the relief sought on the return date, along with a self-addressed stamped envelope, with a return address and postage, must be submitted to the Court no later than three (3) days prior to the return date.

8. The Court will notify the parties whether it will entertain oral argument on the return date of the Order to Show Cause in accordance with Local Rule 78.1.


Dated: _____                          _____
                                                 HONORABLE SUSAN D. WIGENTON
                                                 UNITED STATES DISTRICT COURT JUDGE