

<div style="text-align:center">

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

CHAMBERS OF
CHIEF JUDGE MICHAEL A. CHAGARES

</div>

FRANK R. LAUTENBERG
POST OFFICE AND COURTHOUSE
2 FEDERAL SQUARE, ROOM 357
NEWARK, NJ 07102
Chief_Judge_Michael_Chagares@ca3.uscourts.gov
(973) 368-6486

August 18, 2022
(via email)

Honorable Matthew W. Brann
Chief Judge, U.S. District Court for the
Middle District of Pennsylvania
Herman T. Schneebeli Federal Building
240 West Third Street, Room 320
Williamsport, PA 17701-7701

    RE:   Intracircuit Assignment
           Ronald A. Berutti, et al. v. Honorable Freda L. Wolfson, et al.
           D.N.J. Civil Action No. 2:22-cv-04661

Dear Matthew:

    I have approved the attached intracircuit assignment in the above-referenced action. By copy of this letter, I ask that the Clerk of Court for the District of New Jersey docket the enclosed designation Order.

<div style="margin-left:50%">

Sincerely,

*Michael C. Chagares* (signature)

Michael A. Chagares
Chief Judge

</div>

MAC/sd

cc:    Honorable Freda L. Wolfson
       William T. Walsh, Clerk of Court
       Peter J. Welsh, Clerk of Court
       Margaret A. Wiegand, Circuit Executive

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

_____

RONALD A. BERUTTI, ET AL.

V.

HONORABLE FREDA L. WOLFSON, ET AL.

Civil Action No. 2:22-cv-04661

_____

**DESIGNATION OF DISTRICT JUDGE
TO HOLD A DISTRICT COURT WITHIN THE CIRCUIT**

_____

Pursuant to 28 U.S.C. § 292(b), and finding that it is in the public interest to do so, I hereby designate and assign the Honorable Matthew W. Brann of the United States District Court for the Middle District of Pennsylvania for such a period as is necessary for the disposition of the above-entitled matter.

s/ Michael A. Chagares
Michael A. Chagares, Chief Judge
United States Court of Appeals
For the Third Circuit

Dated: August 18, 2022