UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| RONALD A. BERUTTI and MURRAY-NOLAN BERUTTI LLC, On their own behalves and on behalf Of all other members admitted to the Bar of the United States District Court for the District of New Jersey, including those admitted *pro hac vice*,<br><br>Plaintiffs,<br><br>v.<br><br>HONORABLE FREDA L. WOLFSON, U.S. Chief District Judge, District of New Jersey, in her judicial capacity, and WILLIAM T. WALSH, Clerk of the United States District Court for the District of New Jersey.<br><br>Defendants. | CIVIL ACTION<br><br>Civ. No. 2:22-CV-4661 (SDW)(ESK)<br><br>DECLARATION OF SERVICE OF JESSICA A. MAZURKIEWICZ |

**JESSICA A. MAZURKIEWICZ**, of full age, hereby declares the following under penalty of perjury:

1. I am a Paralegal at Murray-Nolan Berutti LLC.

2. On this date, I sent a complete copy of the Complaint with Exhibits, Order to Show Cause, Brief, and the Opinion and Order denying the Order to Show Cause, dated July 21, 2022 entered by the Honorable Susan D. Wigenton, U.S.D.J. and also a complete copy of the Summons, Amended Complaint with additional Exhibits, Order to Show Cause, and Brief via Certified Mail RRR to the U.S. Department of Justice, Office of the Attorney General, 950 Pennsylvania Avenue, NW, Washington, DC 20530.

I hereby declare the foregoing to be true and correct based on my personal knowledge under penalty of perjury under the laws of the United States of America.

_____
Jessica A. Mazurkiewicz

Dated: August 23, 2022