IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| RONALD A. BERUTTI, *et al.*, | No. 2:22-CV-04661 |
| Plaintiffs, | Chief Judge Brann[1] |
| v. | |
| HONORABLE FREDA L. WOLFSON, *et al.*, | |
| Defendants. | |

## ORDER

**AND NOW**, this 1st day of September 2022, **IT IS HEREBY ORDERED** that:

1. The Court will hold a telephonic status conference on **September 7, 2022 at 3:30 p.m.**

2. Counsel for Plaintiffs shall initiate the call to Chambers at 570-323-9772. At the time the call is placed, all counsel shall be on the line and prepared to proceed.

3. The Court's preference is that counsel do not participate in telephonic conference calls by cellular phone or other mobile device; however, in light of current circumstances necessitated by the COVID-19 virus

---

[1] An Article III Judge in the United States District Court for the Middle District of Pennsylvania sitting in the District of New Jersey by designation of Chief Judge Michael A. Chagares of the United States Court of Appeals for the Third Circuit. Doc. 8.

pandemic afflicting our nation, which compel counsel to work outside of their offices, I will permit such telephonic conference calls to be made by cellular phone if that is the only means of telephonic communication for counsel.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge,
Specially Presiding