IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| RONALD A. BERUTTI, *et al.*, | No. 2:22-CV-04661 |
| Plaintiffs, | Chief Judge Brann[1] |
| v. | |
| HONORABLE FREDA L. WOLFSON, *et al.*, | |
| Defendants. | |

## ORDER

### SEPTEMBER 1, 2022

In accordance with the letter submitted by Defendants notifying the Court of a stipulated consolidated briefing schedule,[2] **IT IS HEREBY ORDERED** that:

1. Defendants shall file any motion to dismiss and brief in opposition to Plaintiffs' motion for a preliminary injunction on or before October 17, 2022;

2. Plaintiffs shall file their brief in opposition to any motion to dismiss, as well as a reply brief in furtherance of their motion for a preliminary injunction on or before November 14, 2022; and

---

[1] An Article III Judge in the United States District Court for the Middle District of Pennsylvania sitting in the District of New Jersey by designation of Chief Judge Michael A. Chagares of the United States Court of Appeals for the Third Circuit. Doc. 8.

[2] Doc. 12.

- 2 -

3. Defendants may file a reply brief in support of their motion to dismiss on or before December 5, 2022.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge,
Specially Presiding