PHILIP R. SELLINGER
United States Attorney
JOHH F. BASIAK JR.
JOHN T. STINSON
Assistant U.S. Attorneys
402 East State Street, 4th Floor
Trenton, NJ 08608
(609) 858-0309
*Attorneys for Federal Defendants*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| RONALD A. BERUTTI, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>HON. FREDA L. WOLFSON, *et al.*,<br><br>*Defendants*. | Hon. Matthew W. Brann, C.U.S.D.J.<br>(presiding by designation)<br><br>Civil Action No. 22-cv-4661<br><br>**NOTICE OF APPEARANCE** |

To: WILLIAM T. WALSH
      Clerk, United States District Court

The undersigned hereby enters an appearance on behalf of defendants Chief Judge Freda L. Wolfson, in her official capacity, and Clerk of the Court William T. Walsh, in his official capacity (collectively, the "Federal Defendants"), in the above-referenced matter.

                                        Respectfully submitted,

                                        PHILIP R. SELLINGER
                                        United States Attorney

Dated: September 2, 2022        By:   /s/ John T. Stinson
                                              JOHN T. STINSON
                                              Assistant U.S. Attorney