# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| RONALD A. BERUTTI, *et al.*, <br><br> *Plaintiffs,* <br><br> v. <br><br> HON. FREDA L. WOLFSON, *et al.*, <br><br> *Defendants.* | Hon. Matthew W. Brann, C.U.S.D.J. <br> (presiding by designation) <br><br> Civil Action No. 22-cv-4661 <br><br> **CONSENT ORDER** |

This matter having come to the Court by way of a request from the defendants Honorable Freda L. Wolfson and William T. Walsh (collectively, the "Federal Defendants") to amend the parties' briefing schedule; and the parties having stipulated to the relief requested; and for good cause having been shown;

It is this 13th day of October, 2022, ORDERED that the September 1, 2022 Scheduling Order (ECF No. 14) is AMENDED. It is FURTHER ORDERED as follows:

1. Defendant shall file any motion to dismiss and brief in opposition to Plaintiffs' motion for a preliminary injunction on or before October 24, 2022;

2. Plaintiffs shall file their brief in opposition to any motion to dismiss, as well as a reply brief in furtherance of their motion for a preliminary injunction on or before November 21, 2022; and

3. Defendants may file a reply brief in support of their motion to dismiss on or before December 12, 2022.

BY THE COURT:

*s/ Matthew W. Brann*
_____
MATTHEW W. BRANN
Chief United States District Judge
Specially Presiding


We consent to the form and entry of this Order.

| MURRAY-NOLAN BERUTTI LLC | PHILIP R. SELLINGER |
| --- | --- |
| | United States Attorney |

| By: | /s/ *Gwyneth K. Murray-Nolan* | By: | /s/ *John T. Stinson* |
| --- | --- | --- | --- |
| | GWYNETH K. MURRAY-NOLAN | | JOHN F. BASIAK JR. |
| | *Attorney for Plaintiffs* | | JOHN T. STINSON |
| | | | Assistant U.S. Attorneys |
| | | | *Attorneys for Federal Defendants* |