PHILIP R. SELLINGER
United States Attorney
JOHN F. BASIAK JR.
JOHN T. STINSON
Assistant U.S. Attorneys
402 East State Street, 4th Floor
Trenton, NJ 08608
(609) 858-0309
*Attorneys for Federal Defendants*

**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| RONALD A. BERUTTI, *et al.*, <br><br> *Plaintiffs,* <br><br> v. <br><br> HON. FREDA L. WOLFSON, *et al.*, <br><br> *Defendants.* | Hon. Matthew W. Brann, C.U.S.D.J. <br> (presiding by designation) <br><br> Civil Action No. 22-cv-4661 <br><br> **NOTICE OF MOTION** |

To:  CLERK OF THE COURT            GWYNETH K. MURRAY-NOLAN
United States District Court       Murray-Nolan Berutti LLC
Clarkson S. Fisher Building        100 E. Hanover Avenue
& U.S. Courthouse                  Suite 401
402 East State Street              Cedar Knolls, New Jersey 07927
Trenton, NJ 08608                  *Attorneys for Plaintiffs*

PLEASE TAKE NOTICE that, pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure, the Honorable Freda L. Wolfson, C.U.S.D.J., and Clerk of the Court William T. Walsh (collectively, the "Federal Defendants"), will move before this Court on December 19, 2022, for an order dismissing Plaintiffs' amended complaint (ECF No. 6).  In support of this motion, the Federal Defendants will rely on a brief.  A proposed form of order is also enclosed.

                                                 Respectfully submitted,

                                                 PHILLIP R. SELLINGER
                                                 United States Attorney

                                By:    /s/ John F. Basiak Jr.
                                                 JOHN F. BASIAK JR.
                                                 JOHN T. STINSON
                                                 Assistant United States Attorneys
                                                 *Attorneys for Federal Defendants*

Dated: October 24, 2022