Return Date:
**ORAL ARGUMENT IS REQUESTED**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| RONALD A. BERUTTI and MURRAY-NOLAN BERUTTI LLC, On their own behalves and on behalf Of all other members admitted to the Bar of the United States District Court for the District of New Jersey, including those admitted *pro hac vice*,<br><br>    Plaintiffs,<br><br>v.<br><br>HONORABLE FREDA L. WOLFSON, U.S. Chief District Judge, District of New Jersey, in her judicial capacity, and WILLIAM T. WALSH, Clerk of the United States District Court for the District of New Jersey.<br><br>    Defendants. | CIVIL ACTION<br><br>Civ. No. 2:22-CV-4661 (SDW)(ESK)<br><br>**NOTICE OF MOTION SEEKING RECUSAL PURSUANT TO U.S. CONST., AMEND XIV, CL. 2 AND 28 U.S.C. §455.** |

To:   Philip R. Sellinger
      United States Attorney
      John F. Basiak, Jr.
      John T. Stinson
      Assistant U.S. Attorneys
      402 East State Street, 4th Floor
      Trenton, New Jersey 08608
      Attorney for Defendants

PLEASE TAKE NOTICE that the plaintiffs, Ronald A. Berutti and Murray-Nolan Berutti LLC, shall move this Court for an Order granting seeking recusal of Honorable Fred L. Wolfson, Chief Judge, District Court, pursuant to *U.S. Const.*, Amend. XIV, cl. 2, and 28 U.S.C. §455.

PLEASE TAKE FURTHER NOTICE that in support of their motion, the plaintiffs shall rely on the accompanying Declaration of Ronald A. Berutti, and a Brief;

PLEASE TAKE FURTHER NOTICE that oral argument is respectfully requested.

Respectfully submitted,

MURRAY-NOLAN BERUTTI LLC
Attorney for Plaintiffs

By: *s/ Ronald A. Berutti*
Ronald A. Berutti
100 E. Hanover Avenue, Suite 401
Cedar Knolls, New Jersey 07927
(908) 588-2111
ron@murray-nolanberutti.com

Dated: October 31, 2022