UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| RONALD A. BERUTTI and<br>MURRAY-NOLAN BERUTTI LLC,<br>On their own behalves and on behalf<br>Of all other members admitted to the<br>Bar of the United States District<br>Court for the District of New Jersey,<br>including those admitted<br>*pro hac vice*,<br><br>    Plaintiffs,<br><br>v.<br><br>HONORABLE FREDA L.<br>WOLFSON, U.S. Chief District Judge,<br>District of New Jersey, in her judicial<br>capacity, and WILLIAM T. WALSH,<br>Clerk of the United States District Court<br>for the District of New Jersey.<br><br>    Defendants. | CIVIL ACTION<br><br>Civ. No. 2:22-CV-4661 (SDW)(ESK)<br><br>**DECLARATION OF<br>RONALD A. BERUTTI** |

**RONALD A. BERUTTI**, of full age, hereby declares the following under penalty of perjury:

1. I am a the individually named plaintiff herein, and am co-Managing Member of Murray-Nolan Berutti LLC. I am fully familiar with the facts set forth below. I make this Declaration in support of the plaintiffs' Motion Seeking Recusal Pursuant to U.S. Const. Amend XIV, Cl.2, and 28 U.S.C. § 455.

2. Attached hereto as **Exhibit A** is a true copy of the Amended Verified Complaint filed herein on July 25, 2022.

3. Attached hereto as **Exhibit B** is a true copy of a decision of Honorable Matthew W. Brann, C.U.S.D.J., in the matter *United States v. Singh*, decided on March 11, 2021.

4.  Attached hereto as **Exhibit C** is a true copy of a decision of Judge Brann in the matter *Braxton v. Spaulding*, decided on April 16, 2021.

5.  Attached hereto as **Exhibit D** is a true copy of a decision of Judge Brann in the matter *Finkbeiner v. Geisinger Clinic*, decided on August 22, 2022.

I hereby declare the foregoing to be true and correct based on my personal knowledge under penalty of perjury under the laws of the United States of America.

*s/ Ronald A. Berutti*

Ronald A. Berutti

Dated: October 31, 2022