

**U.S. Department of Justice**

United States Attorney
District of New Jersey
*Civil Division*

---

PHILIP R. SELLINGER
UNITED STATES ATTORNEY

*John F. Basiak Jr.*
*Assistant United States Attorney*
*Deputy Chief, Civil Division*

*402 East State Street, Room 430*    *main: (609) 989-2190*
*Trenton, NJ 08608*    *direct:(609) 858-0309*
*john.basiak@usdoj.gov*    *fax:   (609) 989-2275*

November 10, 2022

**<u>Via ECF</u>**
Hon. Matthew W. Brann, C.U.S.D.J.
United States District Court
Herman T. Schneebeli Federal Bldg. & U.S. Courthouse
240 West Third Street
Williamsport, PA 17701

> Re:   ***Berutti v. Wolfson***, **Civil Action No. 22-cv-04661**
>         **Plaintiffs' Motion Seeking Recusal**

Dear Chief Judge Brann:

    This Office represents Chief Judge Freda L. Wolfson and Clerk William T. Walsh (collectively, the "Federal Defendants") in their official capacities in the above-referenced matter.  We write to notify the Court that we are in receipt of Plaintiffs' motion seeking recusal under 28 U.S.C. § 455 and the Due Process Clause of the Fourteenth Amendment.  ECF No. 21.  While we do not believe that Plaintiffs' motion has any merit, we do not intend to file any formal opposition, leaving a decision on the motion to Your Honor's sound discretion.

    Thank you very much for your time and continued attention to this matter.

Respectfully submitted,

PHILIP R. SELLINGER
United States Attorney

By:   <u>/s/ John F. Basiak Jr.          </u>
        JOHN F. BASIAK JR.
        JOHN T. STINSON
        Assistant U.S. Attorneys
        *Attorneys for Federal Defendants*

cc:   All Counsel (via ECF)