# MURRAY-NOLAN BERUTTI LLC
## *Attorneys at Law*

**Partners**
Gwyneth K. Murray-Nolan (NJ, NY, DC)
gwyneth@murray-nolanberutti.com

Ronald A. Berutti (NJ, NY, KY)
ron@murray-nolanberutti.com

**Senior Counsel**
Thomas M. Grasso (NJ, NY)
tom@murray-nolanberutti.com

**Associate**
Stephanie Jablonsky (NJ)
stephanie@murray-nolanberutti.com

November 17, 2022

**Via Email**
Honorable Matthew W. Brann, C.U.S.D.J.
United States District Court
Herman T. Schneebeli Federal Bldg. & U.S. Courthouse
240 West Third Street
Williamsport, PA 17701

        Re:    **Berutti v. Wolfson**
                  **Civil Action No. 22-cv-04661**
                  **Our File No. 01091**

Dear Judge Brann:

       This firm represents the plaintiffs in the above referenced matter. Presently pending before Your Honor are two motions: the defendants' Motion to Dismiss with a return date of December 19, 2022, and the plaintiff's Motion to Disqualify, with a return date of December 5, 2022.

       Presently, our opposition papers to the Motion to Dismiss are due November 21, 2022. We have reached out to our adversaries on several occasions consent (1) to adjourn the opposition date until after the Motion to Disqualify is decided; and (2) alternatively seeking a two week adjournment of our response time given a series of deadlines we have been (and continue to be) under. We have not heard back from our adversaries despite our multiple emails.

       Based on the foregoing, we respectfully request entry of an Order (1) adjourning opposition for a date at least two weeks after a determination is made on the Motion to Disqualify, or, alternatively, (2) adjourning opposition for two weeks, until December 5, 2022.

Honorable Matthew W. Brann, C.U.S.D.J.  November 17, 2022
Page 2

      We thank Your Honor for consideration of the above.

      Respectfully submitted,

      MURRAY-NOLAN BERUTTI LLC

      *s/ Ronald A. Berutti*
      By:_____
          Ronald A. Berutti

RAB:jm
cc:    John F. Basiak, Jr., Esq. (via ECF)
       John T. Stinson, Esq. (via ECF)