# MURRAY-NOLAN BERUTTI LLC
## *Attorneys at Law*

**Partners**
Gwyneth K. Murray-Nolan (NJ, NY, DC)
gwyneth@murray-nolanberutti.com

Ronald A. Berutti (NJ, NY, KY)
ron@murray-nolanberutti.com

**Senior Counsel**
Thomas M. Grasso (NJ, NY)
tom@murray-nolanberutti.com

**Associate**
Stephanie Jablonsky (NJ)
stephanie@murray-nolanberutti.com

November 17, 2022

**Via Email**
Honorable Matthew W. Brann, C.U.S.D.J.
United States District Court
Herman T. Schneebeli Federal Bldg. & U.S. Courthouse
240 West Third Street
Williamsport, PA 17701

   Re: **Berutti v. Wolfson**
     **Civil Action No. 22-cv-04661**
     **Our File No. 01091**

Dear Judge Brann:

  As the Court is aware, this firm represents the plaintiffs in the referenced matter. Earlier today, I filed a letter request seeking adjournment of the pending motion to dismiss until at least two weeks after determination of the pending Motion to Disqualify. I indicated therein that my adversaries had not responded to my requests for consent. It is with embarrassment and apologies that I inform the Court that my emails to my adversaries were incorrectly addressed, and that the same error in my original email simply repopulated the incorrect address in subsequent emails.

  My adversaries have reached out after my filing the subject letter of this morning and advise that they consent to the requested relief.

  I apologize to the Court for any inconvenience, and to my adversaries for my human error which may have caused them to be misidentified as being discourteous or uncooperative.

        Respectfully submitted,

        MURRAY-NOLAN BERUTTI LLC

        *s/ Ronald A. Berutti*
       By:_____
         Ronald A. Berutti

RAB:jm
cc: John F. Basiak, Jr., Esq. (via ECF)
   John T. Stinson, Esq. (via ECF)

**100 E. Hanover Avenue, Suite 401, Cedar Knolls, New Jersey 07927 (908) 588-2111**

**8707 Colonial Road, Brooklyn, New York 11208 (212) 575-8500 (Please reply to NJ office)**