# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| RONALD A. BERUTTI and MURRAY-NOLAN BERUTTI LLC, on their own behalves and on behalf of all other members admitted to the Bar of the United States District Court for the District of New Jersey, including those admitted *pro hac vice*,<br><br>    Plaintiffs,<br><br>v.<br><br>The HONORABLE RENÉE MARIE BUMB,[1] Chief United States District Judge of the District of New Jersey, in her judicial capacity, and WILLIAM T. WALSH, Clerk of the United States District Court for the District of New Jersey,<br><br>    Defendants. | No. 2:22-CV-4661<br><br>(Chief Judge Brann)[*] |

## ORDER

### FEBRUARY 13, 2023

**IT IS HEREBY ORDERED** that:

1. The Government may file a second motion to dismiss Berutti's Second Amended Complaint on or before March 28, 2023.

---

[1] The Honorable Freda L. Wolfson was originally named a defendant. She has since retired from the bench and was succeeded by the Honorable Renée Marie Bumb. Pursuant to Federal Rule of Civil Procedure 25(d), Chief Judge Bumb will be substituted as a Defendant in this matter.

[*] The Honorable Matthew W. Brann, Chief United States District Judge for the Middle District of Pennsylvania, sitting by designation.

2. Berutti shall file his opposition to the Government's motion on or before April 28, 2023.

3. The Government may file a reply on or before May 15, 2023.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge of the Middle District of Pennsylvania