# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| RONALD A. BERUTTI and MURRAY-NOLAN BERUTTI LLC, on their own behalves and on behalf of all other members admitted to the Bar of the United States District Court for the District of New Jersey, including those admitted *pro hac vice*, <br><br> Plaintiffs, <br><br> v. <br><br> The HONORABLE RENÉE MARIE BUMB, Chief United States District Judge of the District of New Jersey, in her judicial capacity, and MELISSA RHOADS,[1] Acting Clerk of the United States District Court for the District of New Jersey, <br><br> Defendants. | No. 2:22-CV-4661 <br><br> (Chief Judge Brann)[*] |

# ORDER

**MARCH 23, 2023**

The Court has received Defendants' uncontested request[2] for a modification of the prior briefing schedule the Court set in its February 13, 2023 Order[3] for

---

[*] The Honorable Matthew W. Brann, Chief United States District Judge for the Middle District of Pennsylvania, sitting by designation.

[1] William T. Walsh was originally named as a Defendant in his official capacity as Clerk of the United States District Court for the District of New Jersey. He has since retired from that position and was succeeded by Melissa Rhoads, who is now Acting Clerk of the District of New Jersey. Pursuant to Federal Rule of Civil Procedure 25(d), Rhoads will be substituted as a Defendant in this matter.

[2] Proposed Order, Doc. 34.

[3] Doc. 33.

Defendants' second motion to dismiss Berutti's Second Amended Complaint. The Court accepts the parties modified schedule. Accordingly, **IT IS HEREBY ORDERED** that:

1. This Order shall supersede the Court's February 13, 2023 Order (Doc. 33).

2. The Government may file a second motion to dismiss Berutti's Second Amended Complaint on or before April 10, 2023.

3. Berutti shall file his opposition to Defendants' motion on or before May 10, 2023.

4. The Government may file a reply on or before May 24, 2023.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge of
the Middle District of Pennsylvania