# MURRAY-NOLAN BERUTTI LLC
## *Attorneys at Law*

| | |
|---|---|
| **Partners** | **Senior Counsel** |
| Gwyneth K. Murray-Nolan (NJ, NY, DC) | Thomas M. Grasso (NJ, NY) |
| gwyneth@murray-nolanberutti.com | tom@murray-nolanberutti.com |
| | |
| Ronald A. Berutti (NJ, NY, KY) | **Associate** |
| ron@murray-nolanberutti.com | Stephanie Jablonsky (NJ) |
| | stephanie@murray-nolanberutti.com |

July 23, 2023

<u>Via ECF</u>
Honorable Matthew W. Brann, C.U.S.D.J.
United States District Court
Herman T. Schneebeli Federal Bldg. & U.S. Courthouse
240 West Third Street
Williamsport, PA 17701

    Re: **Berutti v. Wolfson**
       **Civil Action No. 22-cv-04661**
       **Our File No. 01091**

Dear Judge Brann:

  This firm represents the plaintiffs in the above-referenced matter. Oral argument is scheduled before Your Honor tomorrow, July 24, 2023, at 2:30 p.m. We wish to advise the Court and counsel that in preparing for argument, we discovered the accompanying Federal Register publication. We respectfully ask Your Honor to take judicial notice of same with respect to the "mootness" argument made by defendants.

  We apologize for the late submission and thank Your Honor for consideration of the above.

       Respectfully submitted,

       MURRAY-NOLAN BERUTTI LLC

       *s/ Ronald A. Berutti*
       By:_____
         Ronald A. Berutti

RAB:jm
cc: John F. Basiak, Jr., Esq. (via ECF)
   John T. Stinson, Esq. (via ECF)