# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| RONALD A. BERUTTI and MURRAY-NOLAN BERUTTI LLC, on their own behalves and on behalf of all other members admitted to the Bar of the United States District Court for the District of New Jersey, including those admitted *pro hac vice*,<br><br>Plaintiffs,<br><br>v.<br><br>The HONORABLE RENÉE MARIE BUMB, Chief United States District Judge of the District of New Jersey, in her judicial capacity, and MELISSA RHOADS, Acting Clerk of the United States District Court for the District of New Jersey,<br><br>Defendants. | No. 2:22-CV-4661<br><br>(Chief Judge Brann)* |

## ORDER

### AUGUST 4, 2023

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Defendants' motion to dismiss (Doc. 36) Berutti's Second Amended Complaint is **GRANTED**.

---

\* The Honorable Matthew W. Brann, Chief United States District Judge for the Middle District of Pennsylvania, sitting by designation.

2. All claims in Berutti's Second Amended Complaint are **DISMISSED WITH PREJUDICE**.

3. The Clerk of the Court is directed to **CLOSE** this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge for
the Middle District of Pennsylvania
(sitting by designation)

2